FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HENRY LEE THACKER,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAWNA PATZKOWSKI, RICHARD ZARAGOZA and CARLA SCHETTLER,<br><br>  Defendants. | No. 4:16-CV-05165-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge John T. Rodgers' Report and Recommendation to Dismiss, Without Prejudice, For Failing to Comply Obey a Court Order, ECF No. 31, recommending the Court dismiss Plaintiff's First Amended Complaint, ECF No. 10, without prejudice, and deny Defendants' motion for summary judgment, ECF No. 22, as moot. No timely objections were filed.

After reviewing the Report and Recommendation and relevant authorities, the Court agrees with Magistrate Judge Rodgers' findings and **adopts** the Report and Recommendation in its entirety.

//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION + 1**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Rodgers' Report and Recommendation to Dismiss, Without Prejudice, For Failing to Comply Obey a Court Order, ECF No. 31, is **ADOPTED** in its entirety.

2. Defendants' Motion for Summary Judgment, ECF No. 22, is **DENIED as moot**.

3. Any remaining pretrial deadlines are **STRICKEN**.

4. The above-captioned case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.** The Clerk of Court is directed to file this Order, forward copies to counsel, pro se Plaintiff, and Magistrate Judge Rodgers, and **close** the file.

**DATED** this 6th day of September 2018.

*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION + 2**